IH-32　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

OFFICIAL INTELLIGENCE PTY LTD.,
Individually and on Behalf of all Others
Similarly Situated,

**Plaintiff**

vs.

BLOCK, INC., JACK DORSEY, and JIM MCKELVEY,

**Defendant**

**Case Number**

1:23-cv-2789

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

IN RE BLOCK, INC. SECURITIES LITIGATION

**Plaintiff**

vs.

**Defendant**

**Case Number**

1:22-cv-08636-RA

IH-32                                                                                                                   Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

The earlier filed lawsuit was consolidated on March 7, 2023 from Esposito v. Block, Inc., et al., Case No. 22-cv-08636 (S.D.N.Y.) ("Esposito" action) and Hart v. Block, Inc. et al., Case No. 1:23-cv-01579 (S.D.N.Y.) ("Hart" action") into In re Block, Inc., Securities Litigation, Case No. 1:22-cv-08636-RA. Prior to consolidation, a Lead Plaintiff and Class Counsel were appointed in the Esposito action pursuant to the Private Securities Litigation Reform Act of 1995. In the order consolidating the Esposito and Hart actions, the Court also entered a scheduling order setting forth deadlines for the Lead Plaintiff to file an amended consolidated complaint, and a briefing schedule on Defendants' anticipated motion to dismiss the forthcoming amended consolidated complaint.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Official Intelligence Pty Ltd. v. Block, Inc. et al., 1:23-cv-2789 ("newly filed case") is related to In re Block Inc. Securities Litigation, 1:22-cv-08636-RA ("earlier filed case") in that the claims are premised on the same allegations against the same defendants contained in the earlier filed case. The alleged class members and class period in the newly filed case overlaps with the class members and period alleged in the earlier filed case. The alleged claims under Sections 5 and 12 of the Securities Act of 1933 are the exact same claims as alleged in the earlier filed case based on the same allegations of misrepresentation concerning a December 10, 2021 security incident. Indeed, in its Memorandum in Support of its Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (Case No. 1:22-cv-08636-RA, Dkt. No. 56), plaintiff acknowledges that the newly filed case is related to the earlier filed case.

Signature: /s/ Alexander Talarides          Date: April 7, 2023

Firm: Orrick, Herrington & Sutcliffe LLP