**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE BLOCK, INC. SECURITIES LITIGATION,   22 **CIVIL** 8636 (MMG)

<u>**JUDGMENT**</u>

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 9, 2025, the alleged statements in the Complaint were not materially misleading as a matter of law and Plaintiffs failed to adequately allege scienter with respect to their fraud claim. As such, Defendants' motion to dismiss is GRANTED, and the case is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York
September 10, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY:  *K. Mango*
_____
**Deputy Clerk**